United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY S. BRYANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 25-cv-06092-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Joint case management statement: | April 9, 2026 |
| Further case management conference: | April 16, 2026 |
| Fact discovery cut-off: | May 8, 2026 |
| Opening expert reports and disclosures: | May 29, 2026 |
| Rebuttal expert reports and disclosures: | June 18, 2026 |
| Expert discovery cut-off: | July 10, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | July 28, 2026 |
| ADR Deadline: | July 31, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | September 8, 2026 |
| Pretrial conference:[1] | December 18, 2026, 1:30 PM |

//

//

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

1 | Jury trial: January 4, 2027
2 | (5 days)

3 **IT IS SO ORDERED.**

4 Dated: October 17, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge